[Docket No. 6]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| U.A. LOCAL 322 PENSION FUND, et al., | Civil No. 16-3738 (RMB/KMW) |
| Plaintiffs, | **ORDER** |
| v. | |
| J.R. MCGEE PLUMBING LIMITED LIABILITY COMPANY, | |
| Defendant. | |

THIS MATTER having come before the Court upon the Motion
for Default Judgment by Plaintiffs U.A. Local 322 Pension Fund,
U.A. Local 322 Health & Welfare Fund, U.A. Local 322 Annuity
Fund, U.A. Local 322 Education Fund, Local 322 of the United
Association of Journeymen and Apprentices of the Plumbing and
Pipe Fitting Industry of the United States and Canada, U.A.
Local 322 Political Action Committee, South Jersey Mechanical
Contractors Association Industry Fund, Kurt R. Krueger, Jr., and
Dan Falasca, Jr., in their official capacities as fiduciaries
(the "Plaintiffs") [Docket No. 6], seeking the entry of a
default judgment against Defendant J.R. McGee Plumbing Limited
Liability Company (the "Defendant"), pursuant to Federal Rule of
Civil Procedure 55(b)(2); and the Court having reviewed the
Plaintiffs' submissions; and the Court having received no

opposition to the motion; and for the reasons set forth in the accompanying Opinion issued on this date;

IT IS HEREBY, on this **7th** day of **February 2017**,

**ORDERED** that Plaintiffs' Motion for Default Judgment against Defendant [Docket No. 6] is **GRANTED, in part, and DENIED, in part**; and it is further

**ORDERED** that judgment shall be entered in favor of Plaintiffs and against Defendant in the amount of $17,529.84, representing $13,249.60 in unpaid contributions, $527.50 in interest on the unpaid contributions, $1,324.96 in liquidated damages, $1,941.00 in attorneys' fees, and $486.78 in costs; and it is further

**ORDERED** that Defendant must produce its books and records for the year 2015 to Plaintiffs for the purpose of conducting an audit, as permitted by Article XVII Section 4 of the parties' collective bargaining agreement, within forty-five (45) days of the entry of this Order; and it is further

**ORDERED AND ADJUDGED** that this Order shall constitute a final order and judgment under Federal Rule of Civil Procedure 54, as all the parties' claism and cross-claims, if any, and all the parties' rights and liability have been adjudicated; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** the file in the above-captioned matter.

s/Renée Marie Bumb_
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE